IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 18-545 |
| JOHN JOSEPH KRASLEY | : | |

### STIPULATION CONCERNING WITNESS GILLES ZUERCHER

The defendant, John Joseph Krasley, and the United States by its attorneys, agree and stipulate that there is no dispute as to the accuracy of the following facts and they may be entered into the trial record without further proof being offered by the government:

If called to testify at trial, Gilles Zuercher would testify to the following facts:

1. Gilles Zuercher is an officer with the Switzerland Federal Criminal Police.

2. On February 6, 2017, Officer Zuercher, in Switzerland, was investigating in an undercover capacity on the Gigatribe network, on the Internet.

3. During this investigation, between approximately 8:08 PM and 8:14 PM, Central European Time, while on the Gigatribe network, Officer Zuercher made contact with a Gigatribe user with the user name Slick2you14. The user Slick2you14 was connected to the Internet using the IP address 24.229.229.187.

4. The user Slick2you14 shared files with Officer Zuercher that were in Slick2you14's one encrypted main folder by revealing the password for that folder to Officer Zuercher in a chat conversation with Officer Zuercher.

5. Using the password provided by the user Slick2you14, Officer Zuercher opened the folder and downloaded twelve still images and two videos of child exploitation material.

Each of these files depicted minors engaged in sexually explicit conduct, and each was produced using minors engaged in such conduct.

6. Government's Exhibit 5A is one of the twelve still images that Officer Zuercher downloaded from Slick2you14's Gigatribe folder, and Government's Exhibit 5B is an excerpt from one of the videos that Officer Zuercher downloaded from Slick2you14's Gigatribe folder.

7. The facts set forth in paragraphs 1 through 6 above may be entered into evidence at the trial in this matter as if Officer Zuercher had testified to these facts in Court.

8. This stipulation may be filed on the docket and entered into evidence as an exhibit at trial.

STIPULATED AND AGREED TO:

WILLIAM M. McSWAIN
United States Attorney

_____
ARTHUR THOMAS DONATO, Jr., Esq.
Counsel for Mr. Krasley

_____
ALBERT S. GLENN
Assistant United States Attorney

_____
JOHN JOSEPH KRASLEY

Dated: October 9, 2019