**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 18-545** |
| **JOHN JOSEPH KRASLEY** | : | |

## STIPULATION CONCERNING REAL CHILDREN

The defendant, John Joseph Krasley, and the United States by its attorneys, agree and stipulate that there is no dispute as to the accuracy of the following facts and they may be entered into the trial record without further proof being offered by the government:

1.      Government exhibits 1A through 14B each show a visual depiction of a minor or minors engaged in sexually explicit conduct, and each was produced using a minor or minors engaged in such conduct (as defined in 18 U.S.C. §2256(2)).  This applies to the following government exhibits:   1A, 1B, 2A, 2B, 3A, 3B, 4, 5A, 5B, 6A, 6B, 6C, 6D, 7, 8A, 8B, 9, 10, 11, 13A, 13B, 14A, 14B.

2.      The visual depictions in Government exhibits 1A through 14B were each transported using the internet, which is a means and facility of interstate and foreign commerce.

3.      The minors depicted in Government exhibits 1A through 14B are real children, were minors at the time the images were created, and were outside the state of Pennsylvania when the images were created.

4.      Government exhibits 1B through 14B each depict a minor who is prepubescent or under the age of 12.

5. This stipulation may be filed on the docket and entered into evidence as an exhibit

at trial.

**STIPULATED AND AGREED TO:**

WILLIAM M. McSWAIN
United States Attorney

ARTHUR THOMAS DONATO, JR.
Counsel for Mr. Krasley

ALBERT S. GLENN
Assistant United States Attorney

JOHN JOSEPH KRASLEY

Dated:   October 9, 2019