FRENCH REPUBLIC MINISTRY OF INTERIOR,
OVERSEAS DEPARTMENTS AND
TERRITORIAL AUTHORITIES
DIRECTORATE GENERAL OF THE NATIONAL POLICE
PARIS POLICE PREFECTURE

---------

**POLICE STATION OF ISSY LES MOULINEAUX**
**22, AVENUE VICTOR CRESSON**
**92130 ISSY LES MOULINEAUX**
Phone: 01 46 48 14 00
Fax: 01 46 48 14 14
INSEE code: 92040

no. 2019/002879/01
--------------
**CASE:**
**C/John KRASLEY**

**DISTRIBUTION OF CHILD PORNOGRAPY**

**OBJECT:**
**REFERRAL**
**Contact by phone with the president of D1FFER, Mr. Stéphane HERRY**

# REPORT
no. 00959/2019/002879

The year two thousand and nineteen,
August 12, 10:25 a.m.

We the undersigned, NICOLAS GROSLAND
POLICE SERGEANT
Working in Issy-les-Moulineaux

JUDICIAL POLICE OFFICER working in Issy-les-Moulineaux

--- As part of our duties,
--- Implementing the instructions indicated in the official request no. 2019/00950 dated 07/31/2019 coming from Mr. Lionel BENAICHE, ASSISTANT CHIEF PROSECUTOR at the TGI NANTERRE, ---
--- such instructions being as follows: PLEASE ABIDE BY THE REQUEST FOR INTERNATIONAL ASSISTANCE ISSUED BY THE AMERICAN AUTHORITIES IN ORDER TO HEAR THE LEGAL REPRESENTATIVE OF THE GIGATRIBE OR D1FFER COMPANY, ---
--- Poursuivant l'enquete en la forme preliminaire,
--- In regard to articles 75 et seq of the Code of criminal procedure, ---

--- At the current date and time, we have been requested by Mrs Albane PICHON, Central Commissioner of the Issy les Moulineaux district, Judicial Police Officer with territorial jurisdiction, head of the department, to abide by the above-mentioned instructions.---

--- Working continuously to contact by phone the legal representative of the "D1FFER" company **Mr. Stéphane HERRY, who can be reached at 06/68/91/10/10**. ---

--- Stated our identity and the reason for our call.---

--- Our interlocutor first stated that he would only be available starting Friday 08/16/2019, then, upon our insisting, he explained to us that he would be able to come back from vacation earlier than planned and come to our offices, 22 Avenue Victor Cresson, in Issy les Moulineaux, to be heard on Wednesday 08/14/2019 at 2 pm.---

--- We stated that the phone call was to be considered as an official summons.---

--- Part of the report.---

[Stamp]
August 19th 2019

[Stamp]
Police Prefecture
DTSP Hauts de Seine
Issy les Moulineaux
Department of Local Police Services of
the Parisian Metropolitan Area
[Signature]

2019/0055105334

Krasley -- 002177

FRENCH REPUBLIC MINISTRY OF INTERIOR,
OVERSEAS DEPARTMENTS AND
TERRITORIAL AUTHORITIES
DIRECTORATE GENERAL OF THE NATIONAL POLICE
PARIS POLICE PREFECTURE

---------

**POLICE STATION OF ISSY LES MOULINEAUX**
**22, AVENUE VICTOR CRESSON**
**92130 ISSY LES MOULINEAUX**
Phone: 01 46 48 14 00
Fax: 01 46 48 14 14
INSEE code: 92040

No. 2019/002879/01
--------------
**CASE:**
**C/John KRASLEY**

**DISTRIBUTION OF CHILD PORNOGRAPY**

**OBJECT:**
**HEARING of Mr. HERRY Stéphane, managing director of the D1FFER company**

# REPORT
no. 00959/2019/002879

The year two thousand and nineteen,
August 14th, 2:35 pm

We the undersigned, NICOLAS GROSLAND
POLICE SERGEANT
Working in Issy-les-Moulineaux

JUDICIAL POLICE OFFICER working in Issy-les-Moulineaux

--- As part of our duties,
--- Implementing the instructions indicated in the official request no. 2019/00950 dated 07/31/2019 coming from Mr. Lionel BENAICHE, ASSISTANT CHIEF PROSECUTOR at the TGI NANTERRE, ---
--- such instructions being as follows: PLEASE ABIDE BY THE REQUEST FOR INTERNATIONAL ASSISTANCE ISSUED BY THE AMERICAN AUTHORITIES IN ORDER TO HEAR THE LEGAL REPRESENTATIVE OF THE GIGATRIBE OR D1FFER COMPANY, ---
--- Pursuing the preliminary investigation,
--- In regard to articles 75 et seq of the Code of criminal procedure, ---

--- We have summoned and are noting that the person identified hereafter is appearing in front of us and is stating:-
REGARDING HIS IDENTITY: ---
"My name is HERRY Stéphane
I was born on 11/11/1970 in ROUEN (SEINE MARITIME).
I am a FRENCH citizen.
I live at 14, RUE DU CAPITAINE FERBER in ISSY-LES-MOU LI N EAUX 92130 (HAUTS DE SEINE).
My personal phone number is 06/68/91/10/10.
I agree to receive from the legal authorities and by electronic communications, any notices, summons and other documents related to this procedure at the following address: E-mail: s.herry@gigatribe.com, Cell Phone: 06/68/91/10/10.
I understand that I can revoke my election at any given time."

--- REGARDING THE FACTS: ---

--- I am appearing in front of you upon your request in order to be heard as part of this procedure. ---

--- **QUESTION: What can you tell us about the D1FFER company, for which you are the managing director?**---
--- **ANSWER**: **I am indeed the President of the company "D1FFER", previously "GIGATRIBE", an editing company specialized in the development of sharing software for the past 11 years approximately, with headquarters located 41-43 rue Camille Desmoulin à Issy les Moulineaux.---**
--- **The software GIGATRIBE allows individuals to share part of their hard drive with other users they have invited.---**

[Stamp]
Police Prefecture
DTSP Hauts de Seine
Issy les Moulineaux
Department of Local Police Services of
the Parisian Metropolitan Area

[Signature]

2019/0055105334

Krasley - 002178

--- Files are exchanged directly, without being saved on any server ---

--- I understand that I need to provide you with updated documents regarding KRASLEY's connections and account from October 12th 2017 to the present day.---

--- I understand that you are providing me with a list of 34 pseudos appearing on the page SIX, coming from the American authorities (33 accounts plus Slick2you21's) corresponding to accounts who allegedly belong to the targeted individual, KRASLEY.---

--- I understand that I have to provide you with the detailed connection logs for all these accounts, not only the most recent ones.---

--- I understand that for each account I have to provide you with detailed registers of the IP addresses, dates and times (with time zone) of each login to the account from October 12th 2017 to the present day, i.e. the detailed registries as well as the most recent recordings.---

--- I understand that, for each account, I have to provide you with the following documents: the identity, the screen name, the name, the gender, the date of birth, the country, the language, the password or the secret word, the date of creation, the e-mail, the e-mail created, the IP address created on the date of the last connection, the status, the billing information.---

--- I understand that I have to provide you with the original documents or certified copies of such, accompanied by a certificate of authenticity of the documents that I will personally fill up and sign and that I will affix my seal to such certificate.---

--- I understand I may have to appear in the United States before a grand jury or during the trial.---
--- I hereby commit to providing you with all the information requested by Monday 08/19/2019 at 10am.---

--- I remain at your disposal.---

--- After reading himself the present police statement, the individual confirmed and signed with us such report. It is THREE FIFTEEN PM

The individual                                                                                      the JPO


                              **[Stamp]**
                         Police Prefecture
                       DTSP Hauts de Seine
                        Issy les Moulineaux
              Department of Local Police Services of
                   the Parisian Metropolitan Area
                              [Signature]

| | |
|---|---|
| **FRENCH REPUBLIC MINISTRY OF INTERIOR, OVERSEAS DEPARTMENTS AND TERRITORIAL AUTHORITIES**<br>DIRECTORATE GENERAL OF THE NATIONAL POLICE<br>PARIS POLICE PREFECTURE<br>--------<br>**POLICE STATION OF ISSY LES MOULINEAUX**<br>**22, AVENUE VICTOR CRESSON**<br>**92130 ISSY LES MOULINEAUX**<br>Phone: 01 46 48 14 00<br>Fax: 01 46 48 14 14<br>INSEE code: 92040<br><br>No. 2019/002879/03<br>--------------<br>**CASE:**<br>**C/John KRASLEY**<br><br>**DISTRIBUTION OF CHILD PORNOGRAPY**<br><br>**OBJECT:**<br>**APPENDIX DOCUMENTS PROVIDED BY MISTER Stéphane HERRY** | # REPORT<br>no. 00959/2019/002879<br><br>The year two thousand and nineteen,<br>August 19th, 10:45 am<br><br>We the undersigned, NICOLAS GROSLAND<br>POLICE SERGEANT<br>Working in Issy-les-Moulineaux<br><br>JUDICIAL POLICE OFFICER working in Issy-les-Moulineaux<br><br>--- As part of our duties,<br>--- Implementing the instructions included in the official request no. 2019/00950 dated 07/31/2019 coming from Mr. Lionel BENAICHE, ASSISTANT CHIEF PROSECUTOR at the TGI NANTERRE, ---<br>--- such instructions being as follows: PLEASE ABIDE BY THE REQUEST FOR INTERNATIONAL ASSISTANCE ISSUED BY THE AMERICAN AUTHORITIES IN ORDER TO HEAR THE LEGAL REPRESENTATIVE OF THE GIGATRIBE OR D1FFER COMPANY, ---<br>---  Pursuing the preliminary investigation,<br>--- In regard to articles 75 et seq of the Code of criminal procedure, ---<br><br>--- We are confirming receipt of mister Stéphane HERRY's reply via e-mail regarding **the data of the account belonging to KRASLEY John, containing 36 pseudos, i.e. two more accounts than what was on the original request issued on 04/06/2019 and we are printing out all the documents.** ---<br>--- Part of the appendix ---<br><br><br>--- Additional information---<br>**--- We are signing and are attaching to the present document the documents printed out, i.e. TWENTY EIGHT SHEETS**<br>--- Part of the appendix ---<br><br>                    **[Stamp]**<br>Police Prefecture<br>DTSP Hauts de Seine<br>Issy les Moulineaux<br>Department of Local Police Services of<br>the Parisian Metropolitan Area<br>[Signature] |

2019/0055105334                                                                             Krasley -- 002181



**FRENCH REPUBLIC**
**MINISTRY OF INTERIOR, OVERSEAS DEPARTMENTS AND TERRITORIAL DEPARTMENTS**

DIRECTORATE GENERAL OF NATIONAL POLICE
PARIS POLICE PREFECTURE
---------

POLICE STATION OF ISSY LES MOULINEAUX
22, AVENUE VICTOR CRESSON
92130 ISSY LES MOULINEAUX
Phone: 01 46 48 14 00
Fax: 01 46 48 14 14

**FORMAL REQUEST TO AN INDIVIDUAL**

We the undersigned, NICOLAS GROSLAND
POLICE SERGEANT
Working in Issy-les-Moulineaux

JUDICIAL POLICE OFFICER working in Issy-les-Moulineaux

Case C/:

--- In accordance to the instructions included in the official request no. 2019/00950 dated 07/31/2019 coming from Mr. Lionel BENAICHE, ASSISTANT CHIEF PROSECUTOR at the TGI NANTERRE, ---
--- such instructions being as follows: PLEASE ABIDE BY THE REQUEST FOR INTERNATIONAL ASSISTANCE ISSUED BY THE AMERICAN AUTHORITIES IN ORDER TO HEAR THE LEGAL REPRESENTATIVE OF THE GIGATRIBE OR D1FFER COMPANY, ---
--- Acting in conformity with a preliminary investigation, ---
--- In regard to articles 75 et seq of the Code of criminal procedure ---
--- Acting in conformity with the dispositions of articles 77-1-1 of the Code of criminal procedure, ---

John KRASLEY

**ASKING AND, IF NEED BE, DEMANDING:**

DISTRIBUTION OF CHILD PORNOGRAPHY

Mr. HERRY Stéphane, President of the D1FFER company, 41-43, RUE CAMILLE DESMOULINS in 92130 ISSY LES MOULINEAUX (HAUTS DE SEINE), phone 06/68/91/10/10.

Nature of the case:

to carry out the acts described hereafter:

INSTRUCTIONS

--- Please carry out the acts hereafter as soon as possible: ---

--- Providing the updated documents related to KRASLEY's connections and account from October 12th 2017 to the present day. ---

[Stamp]
Police Prefecture
DTSP Hauts de Seine
Issy les Moulineaux
Department of Local Police Services of
the Parisian Metropolitan Area
[Signature]

You provided a service to a legal to a legal entity.
Connect to the site: https://chorus-pro.gouv.fr in order to create an account and enter your legal fees online.
For more information:
http://www.justice.gouv.fr/organisation-de-la-justice-10031/frais-de-justice-12698/des-paiements-plus-rapides-pour-les-prestataires-du-ministere-26961.html

2019/0055105334

Krasley -- 002182

**Appendix to the Police Statement**

--- Providing the list of 34 pseudos appearing on the page SIX coming from the American authorities (33 accounts plus Slick2you21's) corresponding to accounts that allegedly belong to the targeted individual, KRASLEY. ---

--- Providing detailed connection logs for all these accounts, not only the most recent ones. ---

--- Providing for each account detailed registries of the IP addresses, dates and times (with time zone) from October 12th 2017 to the present day, i.e. The detailed registries as well as the most recent recordings. ---

--- Providing, for each account, the following documents: the identity, the screen name, the name, the gender, the date of birth, the country, the language, the password or the secret word, the e-mail, the date of creation, the e-mail, the e-mail created, the IP address created on the date of the last connection, the status, the billing information. ---

--- Providing the original documents or certified copies of such accompanied by a certificate of authenticity of the documents that I will personally fill up and sign, and affixing my seal to such certificate. ---

Mr. HERRY Stéphane will take an oath in writing to help with the legal proceedings upon his honor and conscience, in a separate written statement.

For his own protection and to make sure he is aware of it and conforms to it, we are handing him a copy of the present legal personal request.
The reply to this request can be sent to the following e-mail address: nicolas.grosland@interieur.gouv.fr

ISSY LES MOULINEAUX,
August 14th 2019

The POLICE SERGEANT

**[Stamp]**
Police Prefecture
DTSP Hauts de Seine
Issy les Moulineaux
Department of Local Police Services of
the Parisian Metropolitan Area
[Signature]

You provided a service to a legal to a legal entity.
Connect to the site: https://chorus-pro.gouv.fr in order to create an account and enter your legal fees online.
For more information:
http://www.justice.gouv.fr/organisation-de-la-justice-10031/frais-de-justice-12698/des-paiements-plus-rapides-pour-les-prestataires-du-ministere-26961.html

# CERTIFICATE OF BUSINESS DOCUMENTS

I the undersigned <u>Stéphane HERRY</u>, having been made aware that I am subject to criminal penalties under French law in the event of intentionally making false statements or testimonies, hereby state that I am employed by/associated with <u>SAS D1FFER</u>

<u>as President</u>, and that due to this position I am entitled and competent to make the present statement.

Each document attached hereto is a document belonging to the above-mentioned company, that:

1. Was prepared by an individual (or based on information provided by such individual) knowledgeable on the issues at the time of the facts or shortly after the time of the facts in question

2. Was stored in the ordinary course of business;

3. Was prepared in a usual manner by the above-mentioned company and

4. Is not an original document but a copy of the original document.


Made on: <u>08/19/2019</u>

Made on: _____

Signature: <u>[Signature]</u>

D1FFER company, 41-43, RUE CAMILLE DESMOULINS in 92130 ISSY LES MOULINEAUX 484 783 915 R.C.S. Nanterre

**[Stamp]**
Police Prefecture
DTSP Hauts de Seine
Issy les Moulineaux
Department of Local Police Services of
the Parisian Metropolitan Area
[Signature]

Krasley -- 002184