IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 18-545 |
| JOHN JOSEPH KRASLEY | : | |

**STIPULATION CONCERNING INTERNET ACCESS**

The defendant, John Joseph Krasley, and the United States by its attorneys, agree and stipulate that there is no dispute as to the accuracy of the following facts and they may be entered into the trial record without further proof being offered by the government:

1. The defendant, John Joseph Krasley, did not have access to the Internet, and could not have used the Internet in any way, from any location, during the period of December 7, 2018 through July 31, 2019 inclusive.

2. This stipulation may be filed on the docket and entered into evidence as an exhibit at trial.

**STIPULATED AND AGREED TO:**

WILLIAM M. McSWAIN
United States Attorney

_____
ARTHUR TOMAS DONATO, Jr.
Counsel for Mr. Krasley

_____
ALBERT S. GLENN
Assistant United States Attorney

_____
JOHN JOSEPH KRASLEY

Dated: October 25, 2019