# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JOHN KRASLEY

: CRIMINAL NO. 18-545

## ORDER

AND NOW, this ___ day of November 2019, after consideration of *Motion of R. Patrick Link, Esquire, to Withdraw as Counsel for the Defendant*, the Government's Response thereto, and upon consideration of any hearing or argument held pursuant thereto, it is hereby ORDERED AND DECREED that the Motion is hereby GRANTED, and R. Patrick Link, Esquire, is hereby permitted to withdraw as counsel for Defendant, John Krasley in this matter

_____
EDWARD G. SMITH, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. :
: CRIMINAL NO. 18-545
JOHN KRASLEY :
:

**Motion of R. Patrick Link, Esquire, to Withdraw as Counsel
for the Defendant, John Krasley**

To the Honorable Edward G. Smith, A Judge of the Said Court:

R. Patrick Link, Esq. respectfully moves this Court to permit Counsel to withdraw from this matter as counsel for the Defendant John Krasley, and in support of said Motion, hereby asserts as follows:

1. In November 2018, Mr. Krasley retained undersigned counsel to represent him as "second chair" to Art Donato, Esq. related to the federal prosecution of this case. A flat fee was set, with an agreement that in the event Mr. Donato was discharged in his duties as lead counsel, Mr. Krasley would be responsible for additional legal fees owed to the undersigned.

2. Upon information and belief, Mr. Krasley does not have funds to pay for Mr. Donato's further representation of him in this matter. Therefore, it is unlikely that Mr. Krasley would be capable of fulfilling the terms of his fee agreement with the undersigned in the event that Mr. Donato is discharged from the case.

3. More importantly, the undersigned received a copy of a latter from Mr. Krasley to the Court dated November 1, 2019 whereby Mr. Krasley makes several claims attacking the effectiveness of his representation in the instant case. Although not specifically mentioned in the letter, undersigned counsel was involved in all strategic decisions as to trial strategy and other important issues; therefore, an attack on the representation provided by Mr. Donato is effectively an attack on the representation provided by the undersigned.

4. As a result of Mr. Krasley's apparent unwillingness and/or inability to comply with the

     fee agreement, the contentious nature of the attorney-client relationship, as wsell as the letter sent to the Court by Mr. Krasley, the undersigned respectfully requests permission to withdraw his appearance in the above captioned matter.

5.      There will be no prejudice to the Government and no undelay of sentencing in this matter as a result of the granting of this Motion.

WHEREFORE, R. Patrick Link, Esquire respectfully prays that this Court grants his Motion to withdraw from this matter as counsel for the Defendant John Krasley.

                                         Respectfully Submitted,

                                         <u>S/Robert Patrick Link</u>
                                         Robert Patrick Link, Esq.
                                         Link Law, LLC
                                         100 South Broad Street, Suite 1910
                                         Philadelphia, PA 19110
                                         Counsel for Defendant
                                         John Krasley
                                         Telephone # - 267-858-4474
                                         e-mail - rplink@linklawphilly.com

Dated:11/14/19

## Affidavit of Service

I hereby certify that the original of the foregoing *Motion to Withdraw* has been filed electronically and is available for viewing and downloading from the ECF system. I further hereby certify that a copy of the foregoing has been served upon the following by e - mailing same on this date:

SERVED BY ECF

Albert Glenn, AUSA
United States Attorney's Office
Suite 1250, 615 Chestnut Street
Philadelphia, Pennsylvania 19106

The Honorable Edward G. Smith
United States District Court
Eastern District of Pennsylvania
The Holmes Building
101 Larry Holmes Drive
Easton, PA 18042

SERVED BY FIRST CLASS MAIL
Mr. John Krasley
Lehigh County Jail
38 North Fourth Street
Allentown, PA 18102

Respectfully Submitted,

S/Robert Patrick Link
Robert Patrick Link, Esq.
Link Law, LLC
100 South Broad Street, Suite 1910
Philadelphia, PA 19110
Counsel for Defendant
Anthony Robinson
Telephone # - 267-858-4474
e-mail - rplink@linklawphilly.com

Dated: 9/17/19