UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:18-cr-545 |
| | : | No. 5:24-cv-780 |
| | : | |
| JOHN JOSEPH KRASLEY | : | |

**O R D E R**

**AND NOW**, this 26th day of August, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Amended Motion to Vacate Sentence Under 28 U.S.C. § 2255, *see* ECF No. 142, is **DENIED**.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court shall **CLOSE** the above-captioned action.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge