**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No 5:18-cr-00545 |
| | : | |
| JOHN JOSEPH KRASLEY | : | |

**ORDER**

**AND NOW,** this 25th day of August, 2026, for the reasons stated in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Defendant's Motion to Alter or Amend Judgment, ECF No. 178, is **DENIED**.

2. The Defendant's Motion to Expand the Record, ECF No. 183, is **GRANTED in part**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge